United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 18, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-10964
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JOSEPH CLEVELAND THIBODEAUX,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:06-CR-24-2
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Joseph Cleveland
Thibodeaux has moved for leave to withdraw and has filed a brief
in accordance with Anders v. California, 386 U.S. 738 (1967).
Thibodeaux filed a response and has moved for the appointment of
substitute counsel.  Our independent review of counsel's brief,
Thibodeaux's response, and the record discloses no nonfrivolous
issue for appeal.  Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

5TH CIR. R. 42.2. The motion for the appointment of substitute counsel is DENIED.